IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00486-BNB

RONALD JENNINGS FOGLE,

      Applicant,

v.

MICHAEL MILLER, Warden,

      Respondent.

---

## ORDER OF DISMISSAL

---

      Applicant, Ronald Jennings Fogle, is a prisoner in the custody of the Colorado Department of Corrections at the Crowley County Correctional Facility in Olney Springs, Colorado.  Mr. Fogle initiated this action by filing *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 (ECF No. 1) and a letter to the Court (ECF No. 3) in which he stated that the filing fee for this habeas corpus action would be paid by his mother.  On February 25, 2013, Magistrate Judge Boyd N. Boland entered an order directing Mr. Fogle to cure certain deficiencies if he wished to pursue any claims in this Court.  Specifically, Magistrate Judge Boland ordered Mr. Fogle either to pay the $5.00 filing fee or to file a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action.  Mr. Fogle was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

      Mr. Fogle has failed to cure the deficiencies within the time allowed and has

failed to respond in any way to Magistrate Judge Boland's February 25 order.  The

Court's docketing records also do not reflect payment of the filing fee for this action by

anyone else.  Therefore, the action will be dismissed without prejudice for failure to cure

the deficiencies.

Furthermore, the Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any

appeal from this order would not be taken in good faith and therefore *in forma pauperis*

status will be denied for the purpose of appeal.  *See Coppedge v. United States*, 369

U.S. 438 (1962).  If Applicant files a notice of appeal he also must pay the full $455

appellate filing fee or file a motion to proceed *in forma pauperis* in the United States

Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App.

P. 24.  Accordingly, it is

ORDERED that the habeas corpus application (ECF No. 1) is denied and the

action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil

Procedure because Mr. Fogle failed to cure the deficiencies as directed.  It is

FURTHER ORDERED that no certificate of appealability will issue because

Applicant has not made a substantial showing of the denial of a constitutional right.  It is

2

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this __4th__ day of ____April_____, 2013.

BY THE COURT:


___s/Lewis T. Babcock_____
LEWIS T. BABCOCK, Senior Judge
United States District Court