IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00486-LTB

RONALD JENNINGS FOGLE,

    Applicant,

v.

MICHAEL MILLER, Warden,

    Respondent.

## ORDER REINSTATING ACTION

This matter is before the Court *sua sponte.* On April 4, 2013, the Court entered an order dismissing this action without prejudice because Applicant failed either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Although the filing fee for this action was paid on March 4, 2013, that payment was not entered on the Court's docketing records until April 26, 2013. (*See* ECF No. 10.) Because it now appears that the filing fee for this action was paid in a timely manner, the Court finds that the interests of justice would be served by vacating the order dismissing this action. The case will be returned to the Pro Se Docket in accordance with the local rules for the District of Colorado. Accordingly, it is

ORDERED that the Order of Dismissal (ECF No. 5) and the Judgment (ECF No. 6) entered in this action on April 4, 2013, are VACATED. It is

FURTHER ORDERED that the clerk of the Court reinstate and return this action to the Pro Se Docket.

DATED at Denver, Colorado, this  29th  day of      April         , 2013.

BY THE COURT:


   s/Lewis T. Babcock
LEWIS T. BABCOCK, Senior Judge
United States District Court