**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00486-BNB

RONALD JENNINGS FOGLE,

    Applicant,

v.

MICHAEL MILLER, Warden,

    Respondent.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    Applicant's motion for reconsideration (ECF No. 12) is DENIED as moot because the Court has reinstated the instant action. Applicant's request for appointment of counsel is DENIED.

Dated: May 8, 2013