IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00486-LTB

RONALD JENNINGS FOGLE,

     Applicant,

v.

MICHAEL MILLER, Warden,

     Respondent.

---

## JUDGMENT

---

     Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 9, 2013, it is hereby

     ORDERED that Judgment is entered in favor of Respondent and against Applicant.

     DATED at Denver, Colorado, this 9 day of May, 2013.

               FOR THE COURT,

               JEFFREY P. COLWELL, Clerk


               By: s/J. Hawkins
                  Deputy Clerk